In the United States Court of Appeals
for the Third Circuit

## No. 23-1332 & 23-2028

**Nifty Home Products Inc.**,

*Plaintiff-Appellee*

v.

**Ladynana US, et al.,**

*Defendants*

**Shenzhen Ruimiaoqian Network Technology Ltd, et al.
and
Nafxzy, et al.**

*Defendants-Appellants.*

Consolidated Appeals from the Orders of the Unites States District Court for the Western District of Pennsylvania at No. 22-cv-00994 (Schwab, J.)

### APPELLEE'S CONSENTED MOTION TO EXTEND THE TIME TO FILE APPELLEE'S BRIEFS IN EACH OF THE CONSOLIDATED APPEALS

February 1, 2024

Stanley D. Ference III
Brian Samuel Malkin
**Ference & Associates**
409 Broad Street
Sewickley, PA 15143
(412) 741-8400
*Attorneys for Appellee*

**CONSENTED MOTION OF PLAINTIFF'S/APPELLEE'S IN THESE CONSOLIDATED APPEALS FOR A 30-DAY EXTENSION OF THE DUE DATE FOR THE BRIEFS FOR APPELLEE**

Plaintiff/Appellee in the appeals consolidated at Nos. 23-1332 & 23-2028 respectfully moves, with the consent of the appellants in both cases, for a 30-day extension of the due date for Appellee' brief in these consolidated appeals. More specifically, Appellee is respectfully requesting that at docket number 23-2028, the time for filing Appellee's brief, currently due February 5, 2024, be extended thirty (30) days to and including March 5th, 2024.  Likewise, at the docket number 23-1332, Appellee respectfully requests that the time for filing Appellee's opening brief also be set for March 5, 2024.

In support, counsel for Appellee avers:

1. This motion is made more than 3 days before the current filing deadline.

2. This is the second extension of time requested by Appellee.

3. Appellants have consented in both appeals to the relief requested.

4. There is good cause to grant the requested extension. Appellee's counsel, was in the process of completing briefs in each of the consolidated appeals, when lead counsel, Stanley Ference, was required to undergo unplanned surgery and follow up doctor's visits. This placed Mr. Ference behind in his cases, including, these two appellate briefs.

For the above reasons, Appellee respectfully requests a 30-day extension of time until and including March 5th, 2024 to file their briefs in the consolidated appeals at 23-1332 and 23-2028.

                                                               Respectfully submitted,

Dated: February 1, 2023          /s/ Brian Samuel Malkin
                                                          Stanley D. Ference III
                                                          Pa. ID No. 59899
                                                          courts@ferencelaw.com

                                                          Brian Samuel Malkin
                                                          Pa. ID No. 70448
                                                          bmalkin@ferencelaw.com

                                                          FERENCE & ASSOCIATES LLC
                                                          409 Broad Street
                                                          Pittsburgh, Pennsylvania 15143
                                                          (412) 741-8400 – Telephone
                                                          (412) 741-9292 – Facsimile

                                                          Attorneys for Plaintiffs/Appellee

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2024, I filed this document with the Court's CM/Document filing system, which delivered notice of this filing electronically to all counsel for all the Appellants:

Jiyuan Zhang, Esq.

Email: contact@jzhanglaws.com

Howard J. Bashman, Esq.

Email: hjb@hjbashman.com

Lydia Pittaway, Esq.

Email: accounts@pittawaylaw.us

Thomas E. Reilly, Esq.

Email: tereilly@tomreillylaw.com

Adam E. Urbanczyk, Esq.

Email: adamu@au-llc.com

                                      /s/ Brian Samuel Malkin
                                         Brian Samuel Malkin